# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Federal Trade Commission, **PLAINTIFF(S)** | CASE NUMBER: 2:16-cv-02112 ODW (JCx) |
| v. | |
| Discountmetalbrokers, Inc., et al **DEFENDANT(S).** | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (RELATED CASES) |

**TRANSFER ORDER DECLINED**

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

_____     _____
Date                                              United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

Case No. 14-0737 concerns an individual customer's state law claims for breach of contract and a federal RICO claim, in which plaintiff seeks primarily monetary damages.  Case No. 16-2112 concerns claims by a regulatory agency for violations of the FTC Act in which the agency seeks primarily injunctive relief.

April 1, 2016                                    /s/  Fernando M. Olguin
Date                                               United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   2:14-cv-00737 FMO(SHx)   and the present case:

☑ A. Arise from the same or closely related transactions, happenings or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery maters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

TRANSFER ORDER DECLINED

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*