# United States District Court
# Central District of California

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DISCOUNTMETALBROKERS, INC.;<br>DONALD LEE DAYER; KATHERINA<br>DAYER; and MICHAEL BERMAN,<br><br>　　　　　Defendants. | Case № 2:16-cv-02112-ODW (JCx)<br><br>**ORDER TO SHOW CAUSE** |

　　　　The Court **ORDERS** Plaintiff Federal Trade Commission to **SHOW CAUSE**, no later than **October 3, 2016**, why it has not requested an entry of default against Defendant Discountmetalbrokers, Inc.  The Court will discharge this order upon the filing of such a request for entry of default.

/ / /

/ / /

/ / /

/ / /

/ / /

In addition, the Court **ORDERS** Defendant Donald Lee Dayer to **SHOW CAUSE**, no later than **October 3, 2016**, why the Court should not strike his answer and enter a default against him based on his failure to file an amended answer pursuant to the Court's August 5 Order.  (ECF No. 30.)  The Court will discharge this order upon the filing of an amended answer that complies with the August 5 Order.

**IT IS SO ORDERED.**

September 16, 2016

_____
             **OTIS D. WRIGHT, II**
       **UNITED STATES DISTRICT JUDGE**